# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08 M J 1282_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Elsa Valenzuela-Arellano, | ) | RELEASING MATERIAL WITNESS |
| et al. | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,  Stormes.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ( (Bond Posted / Case Disposed / Order of Court).

Jesus Magallon-Berrospe

DATED: _5-8-08_

RECEIVED _____
                        DUSM

_Nita L. Stormes_
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
              Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082